159 A.3d 891

STATE OF NEW JERSEY, PLAINTIFF–CROSS–PETITIONER, v.
LORI A. HUMMEL, DEFENDANT–CROSS–RESPONDENT.

February 1, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002412–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted; and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before April 3, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before May 18, 2017.